.

Shant Ohanian


Raffy Boulgourjian
Law Offices of Raffy Boulgourjian
100 N. Brand Blvd., Ste 200
Glendale, CA 91203


Amir Giveon and Naomi Leight
912 N. Vendome Street
Los Angeles, CA 90026


Best Buy/CBNA
P.O. Box 6497
Sioux Falls, SD 57117


Cal Tech Employees FCU
P.O. Box 1101
La Canada Flintridge, CA 91012-6001


Cal Tech Employees FCU
528 Foothill Blvd
La Canada Flintridge, CA 91011-3506


Capital One Bank
P.O. Box 30281
Salt Lake City, UT 84130


Citicards CBNA
P.O. Box 6241
Sioux Falls, SD 57117

Discover Bank Student Loans
P.O. Box 15316
Wilmington, DE 19850


Discover Financial Services
P.O. Box 15316
Wilmington, DE 19850-5316


DSNB/Macy's
P.O. Box 8218
Monroe, OH 45050


FedLoan Servicing
P.O. Box 60610
Harrisburg, PA 17106


Private National Mortgage
P.O. Box 514387
Los Angeles, CA 90051


SYNCB/Living Spaces
P.O. Box 965036
Orlando, FL 32896


TD Bank USA/Target Credit
P.O. Box 673
Minneapolis, MN 55440


Toyota Motor Credit Corp
5005 N. River Blvd, NE
Cedar Rapids, IA 52411-6634

```
Wells Fargo Card Service
Credit Bureau Resolution
P.O. Box 14517
Des Moines, IA 50306


Wels Fargo Education Service
P.O. Box 84712
Sioux Falls, SD 57117


WFFNB/Preferred Customer
P.O. Box 14517
Des Moines, IA 50306
```